## E. JAMES MACLELLAND *v.* LER ASSOCIATES
### (10520)

O'CONNELL, NORCOTT and HEIMAN, Js.

Argued April 6—decision released April 21, 1992

*Philip R. Mancini III,* for the appellant (defendant).
*Frank S. Marcucci,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

## JACQUELINE M. WANTA *v.* ROBERT J. WANTA
### (10300)

DALY, FOTI and LAVERY, Js.

Argued April 2—decision released April 21, 1992

*Robert J. Wanta,* pro se, the appellant (defendant).
*Roberta S. Friedman,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.